IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HEIRS OF SAMUEL STOCKMAN, DECEASED                                PLAINTIFFS

v.                                                    CIVIL ACTION NO: 3:04-CV-947-BN

THE UNITED STATES OF AMERICA                                        DEFENDANT

### ORDER OF DISMISSAL

**COME NOW,** Plaintiffs, Heirs of Samuel Stockman, by and through L. Shane Tompkins, and Defendant, United States of America, by and through Dunn Lampton, United States Attorney for the Southern District of Mississippi, and the below listed Assistant United States Attorney, and advises the Court that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties have entered into a Stipulation of Compromise Settlement with a sum certain as full settlement and complete satisfaction of any and all claims which gave rise to the above-captioned lawsuit.  As such, the parties stipulate that this cause is dismissed and each party is to bear its own costs and fees.

**IT IS, THEREFORE, ORDERED** that this case be and is hereby dismissed.

**SO ORDERED,** this 18th day of August, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

**Approved as to form and agreed to**:

| | |
|---|---|
| S/ Shane Tompkins | S/ Mitzi Dease Paige |
| L. Shane Tompkins, ESQ.(100001) | MITZI DEASE PAIGE, ESQ. (6014) |
| Attorney for Plaintiffs | Assistant United States Attorney |
| | Attorney for Defendant |